UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOSEPH TAYLOR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 1:11-cv-1436-JMS-DKL |
| ROSE VAISVILAS, et al., | ) ) ) | |
| Defendants. | ) ) | |

**E N T R Y**

The plaintiff has asked the court to reconsider its ruling denying his motion for a preliminary injunction. "A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . ." *Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006).

The plaintiff argues that the court overlooked pages of medical evidence attached to his complaint, and incorporated by reference in his motion, that show his need for the preliminary injunction. Even if incorporation by reference were an appropriate manner for presenting evidence, which it is not, a review of the docket reveals no such medical evidence. Further, the court's additional reasons for denying the motion stand alone: (1) Dr. Wolfe, the defendant against whom the plaintiff seeks the injunction, has not yet appeared and (2) the court must be hesitant in interfering with the day-to-day management of the prison. For these reasons, the plaintiff's motion to reconsider [25] is **denied**.

**IT IS SO ORDERED.**

Date: 02/07/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Joseph Taylor
No. 905002
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

All electronically registered counsel