UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOSEPH TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:11-cv-1436-JMS-DKL |
| | ) | |
| CORIZON, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The motions for appointment of counsel [dkt. 100 and dkt. 102] are denied as having been filed in the wrong forum.

2. The plaintiff's request to proceed on appeal *in forma pauperis* [dkt. 101] is **denied.** The reason for this ruling is that he is ineligible for this statute because of having acquired three or more "strikes" through having litigation to which he was a party in a federal court dismissed for failure to state a claim upon which relief could be granted or as frivolous.[1] Therefore, he is not entitled to proceed *in forma pauperis* unless the exception under 28 U.S.C. §

---

[1] In *Evans v. Illinois Department of Corrections,* 150 F.3d 810 (7th Cir. 1998), it was noted that a prisoner-litigant in these circumstances is entitled to know the cases the court relies on when making the three-strikes determination. For the plaintiff's reference, the cases on which the court relies in finding three or more "strikes" consist of the following:

*Taylor v. City of New Albany,* No. IP 91-607-C (S.D.Ind. September 27, 1991)(dismissal of action as frivolous)
*Taylor v. Gustafson,* No. IP 91-1251-C (S.D.Ind. November 14, 1991)(dismissal of action as frivolous)
*Taylor v. Faith,* No. IP 92-1426-C (S.D.Ind. October 27, 1992)(dismissal of action as frivolous)
*Taylor v. Faith,* No. IP 91-1734-C (S.D.Ind. January 14, 1992)(dismissal of action as frivolous)

1915(g), that he "is under imminent danger of serious physical injury," applies. The Seventh Circuit has explained that "imminent danger" requires a "real and proximate" threat or prison condition. *See Ciarpaglini v. Saini,* 352 F.3d 328, 330 (7th Cir. 2003). The court has considered the record under review, as well as the request to proceed on appeal *in forma pauperis,* and finds that he is not under imminent danger of serious physical injury insofar as that term is used in 28 U.S.C. § 1915(g).

    IT IS SO ORDERED.

Date: 11/20/2013

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Joseph A. Taylor
DOC # 905002
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064

All Electronically Registered Counsel